**Motion Granted; Dismissed and Memorandum Opinion filed April 15, 2014.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

### NO. 14-13-00667-CV

**ARTHUR F. PRESTON, ET AL, Appellant**

**V.**

**STEPHANIE ANN PRESTON, Appellee**

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Court Cause No. 11-11-12525 CV**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment confirming an arbitration award signed May 6, 2013. On April 7, 2014, the parties filed a joint motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.